UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINICK VINCENT CARDUCCI and VOS CAPITAL MANAGEMENT, LLC,<br><br>    Defendants. | Case No. 19-CV-08351 (PKC)<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS** |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules"), and this Court's Individual Practices and Default Judgment Procedures, Plaintiff Commodity Futures Trading Commission hereby respectfully moves this Court to enter default judgment in favor of Plaintiff and against Defendants Dominick Vincent Carducci and VOS Capital Management, LLC, in the form of the accompanying [Proposed] Order and Default Judgment, on the grounds that Defendants have failed to answer or otherwise defend against the Complaint.  In support of this motion Plaintiff herewith submits the Declaration of Alben Weinstein and Plaintiff's Memorandum of Law in Support of Motion for Default Judgment.

Dated:  January 23, 2020

        COMMODITY FUTURES
        TRADING COMMISSION

        s/ Linda Y. Peng
        Senior Trial Attorney
        Division of Enforcement
        140 Broadway, 19th Floor
        New York, NY 10005
        lpeng@cftc.gov,  Tel: (646) 746-9746
        Fax: (646) 746-9940

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, copies of the foregoing Motion for Default Judgment, Declaration of Alben Weinstein, Plaintiff's Memorandum of Law in Support of Motion for Default Judgment, and [Proposed] Order and Default Judgment were sent via certified mail and UPS overnight delivery to Defendant Carducci at his current place of incarceration, at his last known residence address, and to his last known email address; and to Defendant VOS Capital Management, LLC c/o its registered agent for service of process.

s/ Linda Y. Peng